NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS AMERICA, INC.,**
*Plaintiffs-Appellees*

**v.**

**ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD.,**
*Defendants-Appellants*

---

2022-2124

---

Appeal from the United States District Court for the District of New Jersey in No. 3:18-cv-11792-FLW-TJB, Judge Freda L. Wolfson.

---

## JUDGMENT

---

ERIC J. LOBENFELD, Cherry Hill, NJ, argued for plaintiffs-appellees. Also represented by BENJAMIN HOLT, RYAN STEPHENSON, Hogan Lovells US LLP, Washington, DC.

STEVEN J. MOORE, Withers Bergman LLP, Greenwich,

CT, argued for defendants-appellants. Also represented by JAMES EDWARD NEALON, Nealon Law LLC, Stamford, CT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, STOLL and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 11, 2023
Date

Jarrett B. Perlow
Clerk of Court